**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 43RD JUDICIAL DISTRICT      :   No. 38 MM 2020
DECLARATION OF JUDICIAL            :
EMERGENCY (MONROE COUNTY)     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2021, the Petition for Emergency Judicial Order Pursuant to Pa.R.J.A. 1952(B)(2) is DENIED, WITHOUT PREJUDICE.

    The instant Petition seeks permission for the President Judge of the Forty-Third Judicial District to suspend, through December 31, 2021, procedural rules that limit the use of advanced communication technology (ACT).

    Notably, however, the instant Petition does not sufficiently detail how the Forty-Third Judicial District is presently experiencing a county-specific judicial emergency justifying the requested relief under Rule of Judicial Administration 1952(B)(2). For instance, the Petition provides no particularized data as to how the pandemic is presently, and adversely, affecting the Forty-Third Judicial District's capacity to function normally under the general limitations on the use of ACT. Nor has the Petition identified a peculiar concern relative to the Monroe County prison that would support continued suspension of ACT limitations.

    Respectfully, absent such detailed information, the Petition fails to establish that the Court of Common Pleas of Monroe County is presently experiencing a judicial emergency that would necessitate conferring the requested authority on the President Judge pursuant to Rule of Judicial Administration 1952(B)(2).